[No. 18985-9-I. Division One. July 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MERLE W. BLEVINS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-5-00283-7, Robert C. Bibb, J., entered July 18, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 17319-7-I. Division One. July 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL A. CHRYSLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01027-9, David C. Hunter, J., entered October 25, 1985. *Dismissed* by unpublished per curiam opinion.

[Nos. 17765-6-I; 17766-4-I. Division One. July 22, 1987.]

GRANGE INSURANCE ASSOCIATION, *Appellant,* v. GENE MEGARD, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 85-2-00373-6, David A. Nichols, J., entered January 21, 1986. *Reversed* by unpublished opinion per Agid, J. Pro Tem., concurred in by Coleman, J., and Durham, J. Pro Tem.

[No. 17911-0-I. Division One. July 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RAVEN JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03616-2, Faith Enyeart, J., entered January 16, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.